ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant,*
*Pueblo Medical Imaging LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

LANESHA PENN,

Plaintiff,

vs.

PUEBLO MEDICAL IMAGING LLC; and DOES 1 through 10, inclusive,

Defendants.

CASE NO.: 2:26-cv-03244-APG-BNW

**STIPULATION AND (PROPOSED) ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(Second Request)**

Plaintiff Lanesha Penn ("Plaintiff") and Defendant Pueblo Medical Imaging LLC ("Defendant"), by and through their respective attorneys of record, hereby submit this second proposed Stipulation and Order to extend the response deadline for Defendant to respond to Plaintiff's Complaint. On November 12, 2026, the Court granted the Parties' first stipulation to extend the deadline for Defendant to respond to Plaintiff's Complaint (ECF No. 6), setting the deadline to November 20, 2026. *See* ECF No. 7.

The Parties agree that the deadline for Defendant to file its answer to Plaintiff's Complaint shall be extended from November 20, 2026, to November 30, 2026.

Defendant's response shall be limited to an answer, and Defendant will not file a motion under Federal Rule of Civil Procedure 12(b) in response to the Complaint. The requested extension is brief and will not prejudice any party.

This is the Parties' second request for an extension of this deadline. This Stipulation is made in good faith and not for the purpose of undue burden or delay.

IT IS SO STIPULATED:

DATED this 20th day of November, 2026.

FREIMAN LEGAL

*/s/ Lawrence W. Freiman*

Lawrence W. Freiman
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

*Attorney for Plaintiff,*
*Lanesha Penn*

DATED this 20th day of November, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Anthony L. Martin*

Anthony Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorney for Defendant,*
*Pueblo Medical Imaging, LLC*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

November 23, 2026
DATED

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800